UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIVIAN SALAZAR, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SPROUTS FARMERS MARKET, INC., a Delaware Corporation, and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No.: 2:21-cv-01615-TLN-AC<br>Hon. Troy L. Nunley<br><br>**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>Complaint Served: September 10, 2021<br>Current Response Date: October 29, 2021<br>Proposed Response Date: November 29, 2021 |

ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT

# ORDER

The Court, having reviewed and considered the Motion, being fully advised in the matter, and good cause appearing, GRANTS Defendant's Motion. Defendant's deadline for its response to Plaintiff's Complaint shall be continued to and including November 29, 2021.

**IT IS SO ORDERED.**

Dated: October 26, 2021

Troy L. Nunley
United States District Judge

ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT